UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMA MORRISON0-KRAMOSKI and JOHN KRAMOSKI, | 2:10-cv-00687-PMP-RJJ |
| Plaintiffs, | **ORDER** |
| vs. | |
| PANDA EXPRESS, INC., | |
| Defendant. | |

    Before the Court for consideration is Defendant's fully briefed Motion for Summary Judgment (Doc. #25).

    On February 23, 2011, the Court conducted a hearing regarding Defendant's motion for summary judgment. At that hearing, the Court ordered that Plaintiff would have until March 23, 2011 within which to take two depositions requested, and the Parties would thereafter have to and including April 9, 2011 within which to file supplemental briefs regarding Defendant's motion for summary judgment. The depositions have been taken and on April 8, 2011, Defendants filed a Supplement to Defendant's Motion for Summary Judgment (Doc. #32). Plaintiff filed a Supplement in Opposition to Defendant's Motion for Summary Judgment (Doc. #33) on April 10, 2011.

    Having read and considered the foregoing, as well as the arguments of counsel presented at the hearing conducted February 23, 2011, the Court concludes

that Defendants are entitled to the summary judgment relief requested.

Specifically, the record before the Court fails to reveal any evidence which would establish a genuine issue of material fact as to negligence on the part of Defendant.  In particular, the loss prevention video submitted for review supports this Court's finding that there is no evidence that Defendant was negligent in a manor which contributed to Plaintiffs' alleged injuries.

**IT IS SO THEREFORE ORDERED** that Defendant's Motion for Summary Judgment (Doc. #25) is **GRANTED**, and that judgment is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter judgment in favor of Defendant accordingly.

DATED: April 11, 2011.

_____
PHILIP M. PRO
United States District Judge

2