UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NORMA MORRISON-KRAMOSKI, JOHN KRAMOSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>PANDA EXPRESS, INC., a California corporation,<br><br>Defendants. | 2:10-CV-00687-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Defendant's Motion for Attorney's Fees and Costs (Doc. #36) filed April 22, 2011, Plaintiff's Response thereto (Doc. #37) filed May 3, 2011, and Defendant's Reply (Doc. #38) filed May 11, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion for Attorney's Fees and Costs (Doc. #36) are **DENIED**.

DATED: May 12, 2011.

_____
PHILIP M. PRO
United States District Judge